Job # MIA28482

# VERIFIED RETURN OF SERVICE

**Client Info:**

The Law Offices of Jibrael S. Hindi, PLLC
1515 NE 26th Street
Wilton Manors, FL 33305

**Case Info:**

**PLAINTIFF:**
KEITH WARD
-versus-
**DEFENDANT:**
HARDCORE FITNESS DOWNTOWN LOS ANGELES

UNITED STATES DISTRICT COURT
Court Division: CENTRAL DISTRICT OF CALIFORNIA

Court Case # **2:25-CV-12340 HDV (RAOx)**

**Service Info:**

**Received by L.A. Process Servers: on January, 9th 2026** at **10:39 AM**
**Service:** I Served **HARDCORE FITNESS DOWNTOWN LOS ANGELES**
With: **SUMMONS; COMPLAINT; CIVIL STANDING ORDER; COVER SHEET; NOTICE TO PARTIES OF COURT; NOTICE OF SSIGNMENT; NOTICE TO COUNSEL;**
by leaving with **CECILIA SOVINSKY, MANAGER**

**At Business 400 W. PICO BLVD LOS ANGELES, CA 90015**
On **1/13/2026** at **02:09 PM**
**Manner of Service: USDC Summons**
Service has been completed pursuant to Federal Rule of Civil Procedure (4)

**Served Description: (Approx)**

Age: **60**, Sex: **Female**, Race: **Black-African American**, Height: **5' 7"**, Weight: **210**, Hair: **Black** Glasses: **No**

I **Sarah Thompson** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

Signature of Server: ______________________
**Sarah Thompson**

**Accurate Serve of Plantation**
151 North Nob Hill Road #254
Plantation, FL 33324
Phone: (954) 228-4029

Our Job # **MIA28482** Client Ref # **Keith Ward v. Hardcore Fitness Downtown Los Angeles**